**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BALL AEROSOL AND SPECIALTY CONTAINER INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIMITED BRANDS, INC., )<br>and )<br>BATH & BODY WORKS, INC., )<br>and )<br>HENRI BENDEL, INC., )<br>and )<br>BATH & BODY WORKS, INC. )<br>D/B/A THE WHITE BARN CANDLE CO., )<br>)<br>Defendants. ) | Case No. 1:05-CV-03684<br>Honorable Samuel Der-Yeghiayan<br>JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT OF NONINFRINGEMENT OR IN**
**THE ALTERNATIVE FOR LIMITING DAMAGES**

Defendants Bath & Body Works, Inc., Bath & Body Works, Inc., d/b/a The White Barn Candle Co., Limited Brands, Inc., and Henri Bendel, Inc. (collectively referred to as the "Limited Defendants") respectfully move this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment that the Limited Defendants' Henri Bendel Home Travel Candle does not infringe Claims 1 and 5 of Kholsa United States Patent No. 6,457,969, or alternatively that Plaintiff, Ball Aerosol and Specialty Container Inc., is limited to damages for only those accused products found to have actually been used in an infringing manner. The grounds for granting this motion for summary judgment are detailed in the concurrently filed Memorandum in

Support, as well as the Limited Defendants' Local Rule 56.1 Statement of Undisputed Material Facts.

                                                  Respectfully submitted,

Dated:  May 1, 2006                  s/ David M. Hill
                                                Marc S. Blackman
                                                Bar Registration No.: 6236719
                                                E-Mail Address: msblackman@jonesday.com
                                                JONES DAY
                                                77 West Wacker Drive
                                                Chicago, Illinois 60601-1692
                                                Telephone:    312-782-3939

                                                John F. Ward
                                                E-Mail Address: wardj@wardolivo.com
                                                David M. Hill
                                                E-Mail Address: hilld@wardolivo.com
                                                Michael J. Zinna
                                                E-Mail Address: zinnam@wardolivo.com
                                                Ward & Olivo
                                                708 Third Avenue
                                                New York, New York 10017
                                                Telephone:    212-697-6262

                                                Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with Court:

      David J. Fish
      Edward J. Manzke
      Robert K. Dawidiuk
      The Collins Law Firm, P.C.
      1770 North Park Street, Suite 200
      Naperville, Illinois 60563

      and

      William B. Cunningham
      Douglas D. Churovich
      McPherson D. Moore
      Ned W. Randle
      Polster, Lieder, Woodruff & Lucchesi, L.C.
      12412 Powerscourt Drive, Suite 200
      St. Louis, Missouri 63131

      s/ David M. Hill
      One of the Attorneys for Defendants